James J. Cruise, Respondent, v. New York State Thruway Authority, Appellant. (Claim No. 43211.) — Reynolds, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.